HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAREN GINSBURG, et al.,

    Plaintiffs,

    v.

COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC,

    Defendant.

CASE NO. C11-1959RAJ

ORDER

The parties reached a settlement no later than March 26, 2014. On that date, the court notified the parties that they must by April 9 either submit a stipulated dismissal, or explanation of their inability to submit a stipulation, or the court would enter its standard order of dismissal.

The parties filed a joint status report on April 9, 2014 (Dkt. # 146) explaining that despite their diligence, they had been unable to perfect a settlement. They stated that they "reasonably believe[d]" that they could perfect a settlement by April 23, 2014.

What the parties do not explain is why the court should not enter its standard order of post-settlement dismissal. That order gives parties leave to reopen the case within 60 days in the event they are unable to perfect the settlement. The court will impose that order in this case for two reasons. First, the court strongly prefers not to devote resources to managing cases that have already settled. The court has more than 200 cases, and monitoring cases while the parties reduce their settlement to writing diverts resources

ORDER – 1

1 from cases with active disputes.  Sixty days is more than enough time to perfect a
2 settlement in all but the most extraordinary cases.  The parties have not demonstrated that
3 theirs is an extraordinary case, and they have not explained why they object to an order
4 requiring them to move to reopen their case if they are unable to perfect settlement after
5 two months.
6      Accordingly, the court DISMISSES this action with prejudice and without costs or
7 attorney fees to any party.  If the parties are unable to perfect their settlement, they may
8 move to reopen the case within 60 days of this order.
9      Dated this 14th day of April, 2014.

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2