HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAREN GINSBURG, et al.,

    Plaintiffs,

  v.

COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC,

    Defendant.

CASE NO. C11-1959RAJ

ORDER

The court GRANTS the parties' joint motion for entry of final judgment. Dkt. # 148. Although the parties request that the court reopen this closed case for the sole purpose of entering a judgment, they do not specify why they need judgment or in whose favor judgment should be entered. The court accordingly directs the clerk to enter a judgment reflecting the parties' request. The clerk shall enter judgment "on all of Plaintiffs' claims against Defendant" and shall dismiss this case with prejudice and without costs or attorney fees to any party.

Dated this 21st day of May, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1